1  Daniel M. Shanley, (CA Bar # 169182)
2  Yuliya S. Mirzoyan (CA Bar #247324)
   DeCARLO, CONNOR & SHANLEY
3  A Professional Corporation
   533 South Fremont Avenue, Ninth Floor
4  Los Angeles, California 90071-1706
   Telephone:  (213) 488-4100
5  Facsimile:   (213) 488-4180

6  Attorneys for Plaintiff/Cross-Defendants

7

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                         SOUTHERN DIVISION
11

| | |
|---|---|
| CALIFORNIA BUSINESS BUREAU, INC., a California corporation, | CASE NO. SAC09-CV-0192-CJC-(RNBX) |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] **ORDER OF DISMISSAL** |
| VANESSA FLORES AND DOE 1 THROUGH DOE 10, inclusive, | Honorable: Cormac J. Carney |
| Defendants. | |
| VANESSA SERRANO, | |
| Cross-Complainant, | |
| vs. | |
| SOUTHWEST CARPENTERS HEALTH AND WELFARE TRUST; CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, A California Corporation, and DOES to 100, | |
| Cross-defendant, | |

STIPULATION OF DISMISSAL

SAC09-CV-0192-CJC-(RNB)

1  IT IS HEREBY ORDERED that the above-captioned action be and hereby is
2  dismissed with prejudice pursuant to FRCP 41(a)(1), each side to bear their own
3  fees and costs.
4  IT IS SO ORDERED.

DATED:   September 22, 2009

By: _____
Honorable Cormac J. Carney
Judge of the United States District Court

**CERTIFICATE OF SERVICE**

<u>X</u>   I hereby certify that on September 21, 2009, I electronically transmitted the **[PROPOSED] ORDER OF DISMISSAL** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the Following CM/ECF registrants:

| | |
|---|---|
| Robert P. Damone, Esq.<br>GLASER DAMONE & SCHROEDER<br>590 West 8th Street<br>San Pedro, CA 90731<br>robdamone@yahoo.com<br> Attorney for Plaintiff | Frank J. Love, Esq.<br>Law Offices of<br>125 South Citrus Avenue, Suite 101<br>Covina, CA 91723<br>office@fjlovelaw.com |

/s/ Nelly Caywood